UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE:                                                               CASE NO: 12-72301-JHH13
    Jason Terill Sanders                                          CHAPTER 13
    Christian Renee Sanders
                DEBTORS.

## TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN

         C. David Cottingham, Standing Chapter 13 Trustee, pursuant to 11U.S.C § 1329, moves the Court to modify the confirmed chapter 13 plan of the above-captioned debtor(s) as follows:

☐      On *(claim filed date)*, ( *Creditor*) filed Claim # *(claim #)* in the amount of *(claim amount)*, said claim being a secured claim. Said creditor should be granted a fixed payment of $ per month on *(claim #)*.

☐      On (claim filed date), ( *Creditor*) filed Claim # *(claim #)* in the amount of *(claim amount)*, said claim being a secured claim. Said creditor's fixed payment should be modified to $ per month on *(claim #)*.

☐      It has been shown to the Court by ( *Creditor*) that the current mortgage payments have changed. Said Creditor's fixed payment should be modified to $ per month on *(claim #)* beginning *(effective date of change)*.

☐      The Debtor's payments are insufficient to pay the claims filed and should be increased to $ *(frequency)*.

☒      On February 5, 2013, the Debtor's petition was confirmed and provided that the debtor(s) would pay four percent to unsecured claims. Based on the timely filed proof of claims, the Debtor's disposable income, and/or the liquidation value of the Debtor's estate, the Debtor(s) can pay five percent to unsecured claims.

         WHEREFORE, C. David Cottingham, Standing Chapter 13 Trustee, moves that the Court enter an order granting the Motion and modifying the Plan on the terms of this Motion.

This the 26th day of July, 2017.                       /s/ C. David Cottingham
                                                                             C. David Cottingham, Standing Trustee
                                                                             P. O. Drawer 020588
                                                                             Tuscaloosa, AL  35402

### Certificate of Service

         This is to certify that I have this day served a copy of the above Motion upon the Attorney for the Debtors, and the Debtors, by mailing a copy of the same with adequate postage thereon or by electronic means when available:

JASON TERILL and CHRISTIAN RENEE SANDERS, 3746 DESTIN LANE, NORTHPORT, AL 35473
MARSHALL ENTELISANO, 701 22ND AVENUE, SUITE 2, TUSCALOOSA, AL 35401-1857


This the 26th day of July, 2017.                       /s/ C. David Cottingham
                                                                             C. David Cottingham, Standing Trustee
                                                                             P. O. Drawer 020588
                                                                             Tuscaloosa, AL  35402


CDC/dj