UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE:                                                              CASE NO: 12-72301-JHH13
    JASON TERILL SANDERS                                    CHAPTER 13
    CHRISTIAN RENEE SANDERS
        DEBTORS.

---

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST HEARING

**PLEASE TAKE NOTICE THAT**, if you object to the below described Motion or this order, you must file an objection with the clerk of court (an "Objection") on or before **August 18, 2017** (the "Objection Deadline"), and you must serve the Objection on the movant and all other appropriate persons.

**PLEASE TAKE FURTHER NOTICE THAT** Objections must be filed with the clerk of court electronically, by hand delivery, or by mail. The clerk's office is located at 2005 University Boulevard, Room 2300, Tuscaloosa, Alabama 35401. If you mail your Objection to the clerk's office, you must send the Objection in time for the clerk's office to **receive** your Objection on or before the Objection Deadline. The court will not consider untimely Objections.

**PLEASE TAKE FURTHER NOTICE THAT**, if you timely file and serve an Objection, the court will hold a hearing to consider the Motion and your Objection, and the clerk's office will notify you, and all other appropriate persons, of the time, date, and place of the hearing. If no interested party timely files and serves an Objection, this order will become effective on August 19, 2017 (the "Effective Date"), without further notice or hearing.

---

### ORDER GRANTING TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN

      This matter is before the court on the Trustee's Motion to Modify Chapter 13 Plan (the "Motion") (Doc. 61) filed by C. David Cottingham, Standing Chapter 13 Trustee, seeking to modify the confirmed chapter 13 plan (the "Plan") of the above-captioned debtor(s) pursuant to 11 U.S.C. § 1329. Based on the filings and all other matters of record, and for good cause shown, it is hereby

      **ORDERED, ADJUDGED, and DECREED** that, subject to the occurrence of the Effective Date, the Motion is **GRANTED**, and the Plan is modified as follows: the amount to be paid, pro rata, to holders of allowed nonpriority unsecured claims that are not separately classified under the Plan is modified from four percent to five percent of the total allowed amount of such claims, with Plan payments to remain $100.00 weekly.

      **DONE** this the 26th day of July 2017.

                                        /s/ JENNIFER H. HENDERSON
                                        UNITED STATES BANKRUPTCY JUDGE